MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Deputy Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone: (510) 637-3929
   Facsimile: (510) 637-3724
   E-Mail: Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00070 SBA |
|    Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) | AND EXCLUDING TIME |
| JEROME TOY SINCLAIR, | ) ) | |
|    Defendant. | ) ) | |

     Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find as follows:

     1.    A status conference in this matter is currently scheduled for 1:00 p.m. on Tuesday, September 13, 2011. Attorney Claire Leary was recently appointed as new counsel for defendant.

     2.    Defendant's counsel has requested an opportunity to view the evidence seized in this case and the parties are presently in the process of scheduling an appointment to make the evidence available to new defense counsel for review.

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

3. In addition, new defense counsel needs the additional time to review the discovery in the case and prepare a defense or motions strategy. The parties believe that failure to grant the above-requested continuance would deny defendant's counsel and defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendant in a trial within the date prescribed by the Speedy Trial Act.

4. Thus, the parties respectfully request that the Court find that the time period from September 13, 2011, to October 17, 2011, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

Dated: September 9, 2011     /s/
GARTH HIRE
Assistant United States Attorney

Attorney for United States of America

Dated: September 9, 2011     /s/
CLAIRE LEARY

Attorney for Defendant
Jerome Toy Sinclair

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

1. The currently scheduled September 13, 2011, status conference hearing is vacated. A status conference hearing is now scheduled for 10:00 a.m. on October 17, 2011.

2. The time period from September 13, 2011, to October 17, 2011, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, as set forth above, taking into account due diligence.

DATED: 9/12/11

HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE