1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Deputy Chief, Criminal Division

4  CHRISTINA M. McCALL (CABN 234139)
   MAUREEN C. ONYEAGBAKO (CABN 238419)
5  Assistant United States Attorneys

6        1301 Clay Street, Suite 340S
         Oakland, CA, 94612
7        Telephone: (510) 637-3680
         Facsimile: (510) 637-3724
8        E-mail:    christina.mccall@usdoj.gov
                    maureen.onyeagbako@usdoj.gov
9
10 Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00070 SBA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE HEARING AND TO EXCLUDE |
| v. | ) | TIME |
| | ) | |
| JEROME TOY SINCLAIR | ) | Date: August 14, 2012 |
| a/k/a "Jerome Sinclair," | ) | Time: 10:00 a.m. |
| a/k/a "Jeromo Toy Sinclair," | ) | Court: Hon. Saundra Brown Armstrong |
| a/k/a "Wood," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above-captioned matter was previously set on May 22, 2012, and recently continued to July 3, 2012 before this Court for trial setting. The parties jointly request that the Court continue the matter to August 14, 2012 at 10:00 a.m. for change of plea and sentencing, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), between the date of this stipulation and August 14, 2012. The parties expect to submit another stipulation to continue the hearing date once a date in September becomes available due to defense counsel's unavailability on the assigned date, August 14, 2012. The parties have reached a plea agreement

STIP. TO EXCLUDE TIME;
[PROPOSED] ORDER                              1
CR 09-00070 SBA

pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) and therefore request that the Court take the proposed plea agreement under submission, as well as refer the matter to the United States Probation Office for a full pre-sentence investigation.

The parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(G) based on the Court's review and consideration of the proposed plea agreement to be entered into by the defendant and the government. A copy of the proposed plea agreement will be submitted together with the Court's courtesy copy of this stipulation.

Respectfully submitted,

Dated: June 4, 2012

_____/s/_____
CHRISTINA M. McCALL
MAUREEN C. ONYEAGBAKO
Assistant United States Attorneys

Dated: June 4, 2012

_____/s/_____
CLAIRE LEARY
Counsel for Defendant

## **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the time from May 30, 2012 to August 14, 2012, should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), for the Court's review and consideration of the proposed plea agreement.

IT IS SO ORDERED.

Dated: \_\_5/30/12

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge